UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, ET AL.,<br><br>              Plaintiffs,<br><br>     v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>              Defendant. | 14-CV-10104 (VEC) |

The Bank of New York Mellon ("BNYM"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, files this corporate disclosure statement identifying all of its publicly held parent corporations and all publicly held companies that directly or indirectly own, control or hold, with power to vote, ten percent or more of BNYM's outstanding voting securities.  Regarding the foregoing, BNYM represents as follows:

1. BNYM is a wholly owned subsidiary of The Bank of New York Mellon Corporation.

2. The Bank of New York Mellon Corporation is a publicly held corporation organized and existing under the laws of Delaware.

3. No publicly held company directly or indirectly owns, controls or holds, with power to vote, ten percent or more of The Bank of New York Mellon Corporation's outstanding securities.

DATED:  February 19, 2015

                                                Respectfully submitted,

                                                <u>s/ Christopher J. Houpt</u>
                                                MAYER BROWN LLP
                                                Matthew D. Ingber
                                                Michael Martinez
                                                Christopher J. Houpt
                                                1221 Avenue of the Americas
                                                New York, NY 10020-1001
                                                Telephone:(212) 506-2500

                                                *Attorneys for Defendant*
                                                *The Bank of New York Mellon*