UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                                  :

PHOENIX LIGHT SF LIMITED, in its own right    :   Index No. 14-cv-10104 (VEC)
and the right of BLUE HERON FUNDING V         :
LTD., BLUE HERON FUNDING VI LTD., BLUE    :
HERON FUNDING VII LTD., BLUE HERON       :
FUNDING IX LTD., KLEROS PREFERRED       :   **NOTICE OF CHANGE**
FUNDING V PLC, SILVER ELMS CDO PLC,      :     **OF ADDRESS**
SILVER ELMS CDO II LIMITED, C-BASS CBO    :
XVII LTD. and C-BASS CBO XIV LTD., and each  :
of BLUE HERON FUNDING V LTD., BLUE       :
HERON FUNDING VI LTD., BLUE HERON       :
FUNDING VII LTD., BLUE HERON FUNDING    :
IX LTD., KLEROS PREFERRED FUNteDING V   :
PLC, SILVER ELMS CDO PLC and SILVER       :
ELMS CDO II LIMITED, in their own right,     :
                                                  :
                Plaintiffs,                 :
                                                  :
       -against-                         :
                                                  :
THE BANK OF NEW YORK MELLON,         :
as Trustee,                                 :
                                                  :
                Defendant.               :
                                                  :
------------------------------------------X

       Please take notice that effective February 23, 2015 Mayer Brown LLP's new office location is:

                1221 Avenue of the Americas
                New York, New York  10020-1001

       Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

_____
Matthew D. Ingber
Christopher J. Houpt

MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 506-2500

*Attorneys for Defendant The Bank of New York Mellon*