AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Phoenix Light SF Limited, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   14-CV-10104 (VEC) |
| The Bank of New York Mellon | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bank of New York Mellon.

Date:   02/24/2015

*Attorney's signature*

Christopher J. Houpt CH7296
*Printed name and bar number*
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

*Address*

choupt@mayerbrown.com
*E-mail address*

(212) 506-2380
*Telephone number*

(212) 849-5830
*FAX number*