AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Phoenix Light SF Limited, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14-CV-10104 (VEC) |
| The Bank of New York Mellon ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bank of New York Mellon                                                                                                               .

Date:   02/24/2015

*/s/ Paula Garrett Lin*
*Attorney's signature*

Paula Garrett Lin PL5971
*Printed name and bar number*
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

*Address*

plin@mayerbrown.com
*E-mail address*

(212) 506-2215
*Telephone number*

(212) 849-5985
*FAX number*