AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | | |
|---|---|---|
| Phoenix Light SF Limited, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   14-CV-10104 (VEC) |
| The Bank of New York Mellon | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bank of New York Mellon                                                                                      .

Date:      02/24/2015

_____
*Attorney's signature*

Allison J. Zolot AZ2264
*Printed name and bar number*
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

_____
*Address*

azolot@mayerbrown.com
*E-mail address*

(212) 506-2149
*Telephone number*

(212) 849-5949
*FAX number*