UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PHOENIX LIGHT SF LIMITED, in its own right and the right of BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., BLUE HERON FUNDING IX LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XVII LTD. and C-BASS CBO XIV LTD., and each of BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., BLUE HERON FUNDING IX LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right,

Index No. 14-cv-10104 (VEC)

Plaintiffs,

-against-

THE BANK OF NEW YORK MELLON, as Trustee,

Defendant.

---------------------------------------------------------------x

# NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York  Respectfully submitted,
       February 26, 2015

By:   */s/ Danielle A. D'Aquila*
     Danielle A. D'Aquila
     WOLLMUTH MAHER & DEUTSCH LLP
     500 Fifth Ave
     New York, New York 10110
     Phone: (212) 382-0050
     Fax: (212) 382-0050
     ddaquila@wmd-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                                    */s/ Danielle A. D'Aquila*