**Exhibit A**

| Trust | Short Title | Depositor | Sponsor |
|---|---|---|---|
| Alternative Loan Trust 2005-AR1 | CWALT 2005-AR1 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| Alternative Loan Trust 2006-27CB | CWALT 2006-27CB | CWALT, Inc. | Countrywide Home Loans, Inc. |
| Alternative Loan Trust 2006-OA10 | CWALT 2006-OA10 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| Alternative Loan Trust 2006-OA11 | CWALT 2006-OA11 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| Alternative Loan Trust 2006-OA3 | CWALT 2006-OA3 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| Alternative Loan Trust 2006-OA6 | CWALT 2006-OA6 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| Citigroup Mortgage Loan Trust, Series 2005-CB4 | CBASS 2005-CB4 | Citigroup Mortgage Loan Trust Inc. | Credit-Based Asset Servicing and Securitization LLC |
| Citigroup Mortgage Loan Trust, Series 2005-CB8 | CBASS 2005-CB8 | Citigroup Mortgage Loan Trust Inc. | Credit-Based Asset Servicing and Securitization LLC |
| Citigroup Mortgage Loan Trust, Series 2006-CB3 | CBASS 2006-CB3 | Citigroup Mortgage Loan Trust Inc. | Credit-Based Asset Servicing and Securitization LLC |
| CWABS Asset-Backed Certificates Trust 2005-6 | CWL 2005-6 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2005-AB4 | CWL 2005-AB4 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2005-AB5 | CWL 2005-AB5 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2005-BC1 | CWL 2005-BC1 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2005-IM3 | CWL 2005-IM3 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2006-1 | CWL 2006-1 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2006-14 | CWL 2006-14 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2006-4 | CWL 2006-4 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWABS Asset-Backed Certificates Trust 2006-9 | CWL 2006-9 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| CWHEQ Revolving Home Equity Loan Trust, Series 2005-H | CWHEL 2005-H | CWHEQ, Inc. | Countrywide Home Loans, Inc. |
| Encore Credit Receivables Trust 2005-1 | ECR 2005-1 | CWABS, Inc. | ECC Capital Corporation |
| First Horizon Alternative Mortgage Securities Trust 2005-FA5 | FHAMS 2005-FA5 | First Horizon Asset Securities Inc. | First Horizon Home Loan Corporation |
| First Horizon Alternative Mortgage Securities Trust 2005-FA7 | FHAMS 2005-FA7 | First Horizon Asset Securities Inc. | First Horizon Home Loan Corporation |
| First NLC Trust 2005-1 | FNLC 2005-1 | FBR Securitization, Inc. | First NLC Financial Services, LLC |
| First NLC Trust 2005-2 | FNLC 2005-2 | FBR Securitization, Inc. | First NLC Financial Services, LLC |
| GE-WMC Mortgage Securities Trust 2005-2 | GE-WMC 2005-2 | GE-WMC Mortgage Securities, LLC | GE Mortgage Holding, LLC |

**Exhibit A**

| **Trust** | **Short Title** | **Depositor** | **Sponsor** |
|---|---|---|---|
| GE-WMC Mortgage Securities Trust 2006-1 | GE-WMC 2006-1 | GE-WMC Mortgage Securities, LLC | GE Mortgage Holding, LLC |
| Home Equity Loan Trust 2007-FRE1 | HELT 2007-FRE1 | Nationstar Funding LLC | Nationstar Mortgage LLC |
| NovaStar Mortgage Funding Trust, Series 2006-1 | NHEL 2006-1 | NovaStar Certificates Financing Corporation | NovaStar Mortgage, Inc. |
| Ownit Mortgage Loan Trust, Series 2006-1 | OWNIT 2006-1 | Merrill Lynch Mortgage Investors, Inc. | Credit-Based Asset Servicing and Securitization LLC |