**Exhibit B**

|    | Portfolio | Deal Name | CUSIP | Tranche | Original Face Value |
|----|-----------|-----------|-------|---------|---------------------|
| 1  | C-BASS CBO XIV Ltd. | CBASS 2005-CB4 | 12489WMM3 | B3 | $ 5,585,000.00 |
| 2  | C-BASS CBO XIV Ltd. | CBASS 2005-CB4 | 12489WML5 | B2 | $ 5,586,000.00 |
| 3  | C-BASS CBO XIV Ltd. | CBASS 2005-CB4 | 12489WMK7 | B1 | $ 2,000,000.00 |
| 4  | C-BASS CBO XIV Ltd. | CBASS 2005-CB4 | 12489WMN1 | B4 | $ 3,000,000.00 |
| 5  | C-BASS CBO XVII Ltd. | CBASS 2005-CB8 | 12489WQR8 | B3 | $ 3,642,000.00 |
| 6  | C-BASS CBO XVII Ltd. | CBASS 2005-CB8 | 12489WQQ0 | B2 | $ 4,053,000.00 |
| 7  | C-BASS CBO XVII Ltd. | CBASS 2005-CB8 | 12489WQP2 | B1 | $ 1,934,000.00 |
| 8  | C-BASS CBO XVII Ltd. | CBASS 2006-CB3 | 12489WRF3 | B2 | $ 4,688,000.00 |
| 9  | C-BASS CBO XVII Ltd. | CBASS 2006-CB3 | 12489WRE6 | B1 | $ 5,000,000.00 |
| 10 | C-BASS CBO XVII Ltd. | CBASS 2006-CB3 | 12489WRB2 | M4 | $ 6,000,000.00 |
| 11 | C-BASS CBO XVII Ltd. | CBASS 2006-CB3 | 12489WRG1 | B3 | $ 2,312,000.00 |
| 12 | Silver Elms CDO II Limited | CWALT 2006-OA10 | 02146QAQ6 | M5 | $ 10,000,000.00 |
| 13 | Kleros Preferred Funding V PLC | CWALT 2006-OA11 | 02147DAF8 | M1 | $ 6,000,000.00 |
| 14 | Silver Elms CDO PLC | CWALT 2006-OA3 | 12668BB93 | 2A3 | $ 8,000,000.00 |
| 15 | Silver Elms CDO PLC | CWALT 2006-OA6 | 12668BE82 | 1A4D | $ 7,324,235.00 |
| 16 | Phoenix Light SF Limited | CWHEL 2005-H | 126685AP1 | 2A | $ 100,000,000.00 |
| 17 | C-BASS CBO XIV Ltd. | CWL 2005-6 | 126673W73 | M6 | $ 6,650,000.00 |
| 18 | C-BASS CBO XIV Ltd. | CWL 2005-BC1 | 126673YS5 | B | $ 6,875,000.00 |
| 19 | C-BASS CBO XIV Ltd. | CWL 2005-BC1 | 126673YQ9 | M7 | $ 8,250,000.00 |
| 20 | C-BASS CBO XIV Ltd. | CWL 2005-BC1 | 126673YR7 | M8 | $ 6,875,000.00 |
| 21 | Phoenix Light SF Limited | CWL 2005-IM3 | 126670JF6 | M1 | $ 14,000,000.00 |
| 22 | C-BASS CBO XVII Ltd. | CWL 2006-1 | 126670TS7 | BF | $ 4,420,000.00 |
| 23 | C-BASS CBO XVII Ltd. | CWL 2006-1 | 126670TQ1 | MF7 | $ 304,000.00 |
| 24 | C-BASS CBO XVII Ltd. | CWL 2006-1 | 126670TR9 | MF8 | $ 1,641,000.00 |
| 25 | C-BASS CBO XVII Ltd. | CWL 2006-1 | 126670UD8 | MV8 | $ 1,012,000.00 |
| 26 | C-BASS CBO XVII Ltd. | CWL 2006-1 | 126670UE6 | BV | $ 1,459,000.00 |
| 27 | Kleros Preferred Funding V PLC | CWL 2006-14 | 23243LAH5 | M4 | $ 12,000,000.00 |
| 28 | C-BASS CBO XVII Ltd. | CWL 2006-4 | 126670XC7 | M8 | $ 3,775,000.00 |
| 29 | C-BASS CBO XVII Ltd. | CWL 2006-4 | 126670XD5 | B | $ 4,500,000.00 |
| 30 | C-BASS CBO XVII Ltd. | CWL 2006-4 | 126670XB9 | M7 | $ 4,100,000.00 |
| 31 | Silver Elms CDO PLC | CWL 2006-4 | 126670WW4 | M2 | $ 4,000,000.00 |
| 32 | C-BASS CBO XVII Ltd. | CWL 2006-9 | 12666RBC3 | MV7 | $ 6,206,000.00 |
| 33 | C-BASS CBO XVII Ltd. | CWL 2006-9 | 12666RBD1 | MV8 | $ 5,778,000.00 |
| 34 | Silver Elms CDO II Limited | ECR 2005-1 | 126673VT6 | M5 | $ 5,000,000.00 |
| 35 | Blue Heron Funding V Ltd. | FNLC 2005-1 | 32113JAA3 | A | $ 5,000,000.00 |
| 36 | Blue Heron Funding VI Ltd. | FNLC 2005-1 | 32113JAA3 | A | $ 5,000,000.00 |
| 37 | Blue Heron Funding VII Ltd. | FNLC 2005-1 | 32113JAA3 | A | $ 5,000,000.00 |
| 38 | Kleros Preferred Funding V PLC | FNLC 2005-1 | 32113JAJ4 | M8 | $ 10,000,000.00 |
| 39 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAG0 | M6 | $ 17,000,000.00 |
| 40 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAF2 | M5 | $ 24,440,000.00 |
| 41 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAB1 | M1 | $ 9,000,000.00 |
| 42 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAA3 | A | $ 7,000,000.00 |

**Exhibit B**

|    | **Portfolio** | **Deal Name** | **CUSIP** | **Tranche** | **Original Face Value** |
|----|---|---|---|---|---|
| 43 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAC9 | M2 | $ 25,470,000.00 |
| 44 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAD7 | M3 | $ 5,990,000.00 |
| 45 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAE5 | M4 | $ 5,000,000.00 |
| 46 | Phoenix Light SF Limited | FNLC 2005-1 | 32113JAH8 | M7 | $ 6,110,000.00 |
| 47 | C-BASS CBO XIV Ltd. | FNLC 2005-2 | 32113JBE4 | M10 | $ 8,000,000.00 |
| 48 | C-BASS CBO XIV Ltd. | FNLC 2005-2 | 32113JBD6 | M9 | $ 8,100,000.00 |
| 49 | C-BASS CBO XIV Ltd. | FNLC 2005-2 | 32113JBC8 | M8 | $ 8,400,000.00 |
| 50 | Silver Elms CDO II Limited | HELT 2007-FRE1 | 43710XAG3 | M2 | $ 13,000,000.00 |
| 51 | Kleros Preferred Funding V PLC | NHEL 2006-1 | 669884AJ7 | M4 | $ 1,225,000.00 |
| 52 | Silver Elms CDO PLC | NHEL 2006-1 | 669884AK4 | M5 | $ 5,000,000.00 |
| 53 | Kleros Preferred Funding V PLC | NHEL 2006-1 | 669884AK4 | M5 | $ 3,000,000.00 |
| 54 | C-BASS CBO XVII Ltd. | OWNIT 2006-1 | 69121PCU5 | B3 | $ 4,612,000.00 |