# EXHIBIT 24

BNY MELLON

Welcome, Malou Fontanez Logout
Last logged in : Oct 21 2016 04:48 P.M. EDT

Corporate Trust Investor Reporting

Home | Search | Portfolios | Report Center | General | Secured Delivery | Help

Home > List All Deals > Contacts

## Deal Summary

Reports | Factors | Contacts | Alerts | «Return

### FNLC051 - First NLC Trust, Series 2005-1

Transaction Parties

| | |
|---|---|
| **Administrator:** | Structured Finance<br>Dolores Herrera 0<br>dolores.herrera@bnymellon.com |
| **Issuer:** | First NLC Trust<br>FIRSTNLCTRUST |
| **Rating Agency:** | Moody's Investors Services, Inc.<br>Moody's Investor Ser |
| **Rating Agency:** | Standard & Poor's Ratings Services (212) 438-2000<br>S P |
| **Relationship Manager:** | Structured Finance<br>Margarita Krupkina (212) 815-8193<br>margarita.krupkina@bnymellon.com |
| **Servicer:** | Bank of New York Mellon<br>BNYM (412) 234-7081 |
| **Trustee:** | Bank of New York Mellon<br>BNYM (412) 234-7081 |
| **Underwriter:** | Friedman Billings Ramsey<br>Friedman Billings |

Terms of Use | bnymellon.com | Privacy Policy | Legal Disclaimer

© 2016 The Bank of New York Mellon Corporation. All Rights Reserved.
Products and services are provided by various subsidiaries of The Bank of New York Mellon Corporation.

