UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/13/2020___

------------------------------------------------------------- X
PHOENIX LIGHT SF LIMITED, et al.,       :
                                        :
                      Plaintiffs,       :
                                        :
                                        :           14-CV-10104 (VEC)
          -against-                     :
                                        :           ORDER
THE BANK OF NEW YORK MELLON, as Trustee, :
                                        :
                      Defendant.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     WHEREAS Plaintiffs filed a motion *in limine* to exclude expert testimony, Dkt. 294; and

     WHEREAS Defendants filed a motion *in limine* to exclude expert testimony, Dkt. 291;

     IT IS HEREBY ORDERED that oral argument is scheduled for both motions *in limine*

for **March 3, 2020, at 1:30 p.m.**

     IT IS FURTHER ORDERED that a hearing on the following issue is scheduled for

**March 3, 2020, at 1:30 p.m.**: whether BNYM's "cure reports" that Plaintiffs' expert Ingrid

Beckles and Defendant's expert Peter Ross analyze list document exceptions that have been

cured or document exceptions that remain unresolved.


**SO ORDERED.**

Date:  **February 13, 2020**
      **New York, New York**

                               **VALERIE CAPRONI**
                               **United States District Judge**