**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/26/2020__

**MAYER | BROWN**

Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Matthew D. Ingber**
Direct Tel +1 212 506 2373
Direct Fax +1 212 849 5973
mingber@mayerbrown.com

February 26, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court for the
  Southern District of New York
40 Foley Square, Room 240
New York, NY  10007

Re:   *Phoenix Light SF Ltd., et al. v. The Bank of New York Mellon Corp.*, No. 14-cv-10104 (S.D.N.Y.)

Dear Judge Caproni:

In accordance with the Order entered on February 13, 2020 (ECF No. 325) in the above-referenced action, Defendant The Bank of New York Mellon ("BNYM") respectfully submits this request for the adjournment of the March 3, 2020 oral argument and hearing. Plaintiffs consent to this request. This is the first request for the adjournment of this conference, which BNYM seeks due to the availability of counsel and an out-of-state witness. BNYM has confirmed witness and plaintiffs' availability and seeks to reschedule this oral argument and hearing on March 26 or 27 or April 22, 28, or 29. Plaintiffs have requested to depose BNYM's witness ahead of the hearing, and the parties are in the process of discussing this request.

Respectfully submitted,

/s/ *Matthew D. Ingber*
Matthew D. Ingber

---

Application GRANTED in part.  The Court will adjourn the hearing, but not oral argument.  Oral argument remains scheduled for March 3, 2020, at 1:30 p.m.  The hearing is scheduled for **April 22, 2020, at 2:00 p.m.**

If counsel are unavailable on March 3 for oral argument, then the Parties must propose three mutually convenient dates to the Court when counsel are available before March 13.

SO ORDERED.

*[signature]*  2/26/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).