UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/27/2020___

-------------------------------------------------------------- X

PHOENIX LIGHT SF LIMITED, et al.,          :
                                           :
                        Plaintiffs,        :
                                           :
                                           :          14-CV-10104 (VEC)
          -against-                        :
                                           :             ORDER
THE BANK OF NEW YORK MELLON, as Trustee,   :
                                           :
                        Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS on February 27, 2020, the Parties called the Court to request an adjournment

of oral argument on the Parties' motions *in limine*;

　　　　IT IS HEREBY ORDERED that the oral argument scheduled for March 3, 2020, is

ADJOURNED to **March 9, 2020, at 1:30 p.m.**

**SO ORDERED.**

**Date:  February 27, 2020
　　　　New York, New York**

_____
　　　　　　**VALERIE CAPRONI
　　　　　　United States District Judge**