USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
PHOENIX LIGHT SF LIMITED, et al.,  :
:
                 Plaintiffs,  :
:
:    14-CV-10104 (VEC)
      -against-  :
:    ORDER
THE BANK OF NEW YORK MELLON, as Trustee,  :
:
                 Defendant.  :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a teleconference on July 2, 2020, to discuss the issue of whether to grant Plaintiffs leave to amend Dr. Joseph Mason's expert report;

IT IS HEREBY ORDERED that Mason's proposed revised expert report is due no later than **July 24, 2020**. Defendants' motion to exclude the proposed revised expert report is due no later than **August 21, 2020**. Plaintiffs' reply is due no later than **September 11, 2020**.

**SO ORDERED.**

Date:  July 6, 2020
         New York, New York

                                             **VALERIE CAPRONI**
                                             **United States District Judge**