UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, in its own right and the right of BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XVII LTD. and C-BASS CBO XIV LTD., and each of BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XVII LTD. and C-BASS CBO XIV LTD., in their own right,<br>                Plaintiffs,<br>   v.<br>THE BANK OF NEW YORK MELLON, as Trustee,<br>                Defendant. | Case No. 14-cv-10104-VEC |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Supplemental Memorandum of Law, Supplemental Statement of Undisputed Facts Pursuant to Rule 56.1 of the Local Civil Rules for The Southern District of New York, and Declaration of Matthew D. Ingber, executed on July 15, 2020, with exhibits, Defendant The Bank of New York Mellon ("BNYM") will move this Court before the Honorable Valerie E. Caproni, at the courthouse located at 40 Foley Square, New York, New York, Courtroom 443, for an order pursuant to Federal Rule of Civil Procedure 56 granting BNYM's motion for summary judgment.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated July 10, 2020, ECF No. 369, Plaintiffs' opposition to this motion, if any, shall be filed no later than

August 7, 2020. BNYM's reply in further support of this motion shall be filed no later than September 3, 2020.

Dated: July 15, 2020
      New York, New York

                                  MAYER BROWN LLP

By:    */s/ Matthew D. Ingber*
        Matthew D. Ingber
        Christopher J. Houpt
        Silvia A. Babikian Pacia
        Robert W. Hamburg
        1221 Avenue of the Americas
        New York, New York 10020
        (212) 506-2500

*Attorneys for Defendant
The Bank of New York Mellon*