UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
PHOENIX LIGHT SF LIMITED, et al.,  :
                                   :
                    Plaintiffs,    :     14-CV-10104 (VEC)
                                   :
                                   :     18-CV-1194 (VEC)
       -against-                   :
                                   :     ORDER
                                   :
THE BANK OF NEW YORK MELLON, as Trustee, :
                                   :
                    Defendant.     :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21

VALERIE CAPRONI, United States District Judge:

WHEREAS the Second Circuit decided the appeal in *Phoenix Light SF Ltd. et al. v. U.S. Bank, N.A.* ("*U.S. Bank*"), *see* No. 20-1312;

IT IS HEREBY ORDERED that Defendant must submit a brief (not in excess of 10 pages) in support of its position on the impact of *U.S. Bank* on the two cases referenced above not later than **October 26, 2021**. Plaintiffs must submit their response, also not in excess of 10 pages, not later than **November 9, 2021**. Defendant's reply of not more than 5 pages is due not later than **November 16, 2021**.

**SO ORDERED.**

**Date:  October 12, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**